IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mims, Darryl Ashley | Case Number: 05 B 19907 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 4/22/08 | Filed: 5/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 10, 2008
Confirmed: October 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,799.65 | |
| Secured: | | 7,273.93 |
| Unsecured: | | 0.00 |
| Priority: | | 1,206.53 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 619.19 |
| Other Funds: | | 0.00 |
| Totals: | 11,799.65 | 11,799.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Debra J Vorhies-Levine | Administrative | 2,700.00 | 2,700.00 |
| 2. | Internal Revenue Service | Secured | 7,273.93 | 7,273.93 |
| 3. | Internal Revenue Service | Priority | 3,211.33 | 926.51 |
| 4. | Illinois Dept of Revenue | Priority | 970.56 | 280.02 |
| 5. | Asset Acceptance | Unsecured | 2,294.82 | 0.00 |
| 6. | Illinois Dept of Revenue | Unsecured | 1,066.52 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 1,009.09 | 0.00 |
| 8. | Portfolio Acquisitions | Unsecured | 853.64 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,717.60 | 0.00 |
| 10. | Capital One | Unsecured | 1,741.49 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 100.00 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,682.28 | 0.00 |
| 13. | LaSalle Bank NA | Secured | | No Claim Filed |
| 14. | Chase Manhattan | Secured | | No Claim Filed |
| 15. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 16. | Jefferson Capital | Unsecured | | No Claim Filed |
| 17. | Coldata Inc | Unsecured | | No Claim Filed |
| 18. | Coldata Inc | Unsecured | | No Claim Filed |
| 19. | American General Finance | Unsecured | | No Claim Filed |
| 20. | Comcast | Unsecured | | No Claim Filed |
| 21. | Xerox Capital Services | Unsecured | | No Claim Filed |
| 22. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 23. | Chex Systems Inc | Unsecured | | No Claim Filed |
| 24. | Robert F Rubin | Unsecured | | No Claim Filed |
| 25. | Schermerhorn Co | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Mims, Darryl Ashley | Case Number: 05 B 19907 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/22/08 | Filed: 5/18/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Dept Of Employment Secur | Unsecured | | No Claim Filed |
| 27. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 28. | Professional Education Inst | Unsecured | | No Claim Filed |
| 29. | Ameritech | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,621.26 | $ 11,180.46 |

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 306.27 |
| 5% | 69.24 |
| 4.8% | 143.99 |
| 5.4% | 99.69 |
| | _____ |
| | $ 619.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____